

**NUMBER 13-18-00392-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| GUSTAVO TIJERINA SANDOVAL, | Appellant, |
|---|---|
| v. | |
| THE STATE OF TEXAS, | Appellee. |

**On Appeal from the 197th District Court
of Cameron County, Texas.**

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Appellant, Gustavo Tijerina Sandoval filed a notice of appeal with this Court from his conviction in trial court cause number 2015-DCR-2443-C. This cause is before the Court because the reporter's record has not been filed. The reporter's record was originally due to be filed on October 10, 2018. The reporter has previously requested and received two extensions of time to file the record, granting the reporter until December

17, 2018 to file the record. The reporter has now filed a request for extension until May 30, 2019 to file the record. The request states that the record in the appeal is approximately 11,000 pages and covers seven months of testimony.

The appellate court may extend the deadline to file the record if requested by the reporter; however, each extension must not exceed 30 days in an ordinary appeal. *See* TEX. R. APP. P. 35.3(c). Because of the length of extension requested, we must effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(2). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine the length of time necessary for the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
3rd day of January, 2019.